IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| O.E.M.L., | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:26-CV-00121 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| KRISTI NOEM; PAMELA BONDI; TODD | § | |
| LYONS; BRET BRADFORD; AND | § | |
| ALEXANDER SANCHEZ, IN THEIR | § | |
| OFFICIAL CAPACITIES, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

Before the Court is Petitioner O.E.M.L.'s Petition for Writ of Habeas Corpus. [Dkt. 1]. The Court has reviewed the Petition and is of the opinion that Petitioner states one or more factual allegations which, if true, may state a cause of action under 28 U.S.C. § 2241—in particular, that his detention violates the William Wilberforce Trafficking Victims Protection Reauthorization Act (the "TVPRA").

It is therefore **ORDERED** that the Clerk of Court shall issue process, and the Respondents shall have seven (7) days from the date of service of process to respond to the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2243 and show cause why relief prayed for should not be granted.

It is further **ORDERED** that Petitioner O.E.M.L.'s Application for Issuance of Order to Show Cause [Dkt. 6] is **DENIED AS MOOT**.

**SIGNED this 7th day of April, 2026.**

_____
Michael J. Truncale
United States District Judge